```
               IN THE UNITED STATES DISTRICT COURT
               FOR THE SOUTHERN DISTRICT OF TEXAS
                         HOUSTON DIVISION
```

| | |
|---|---|
| JOSE C. LOPEZ, § | |
| § | |
| Petitioner, § | |
| § | |
| V. § | CIVIL ACTION NO. H-06-3020 |
| § | |
| NATHANIEL QUARTERMAN, DIRECTOR, § | |
| TEXAS DEPARTMENT OF CRIMINAL § | |
| JUSTICE, CORRECTIONAL § | |
| INSTITUTIONS DIVISION, § | |
| § | |
| Respondent. § | |

## ORDER

Pending is Petitioner's "Motion for Reconsideration" (Document No. 23), in which Petitioner seeks reconsideration of the Order adopting the Magistrate Judge's Memorandum and Recommendation and the dismissal of his § 2255 Application for Writ of Habeas Corpus.

The issues raised in Petitioner's motion are generally the same issues that were raised by Petitioner his § 2254 application and in his Objections to the Memorandum and Recommendation. The claims raised by Petitioner in his § 2254 application, and the arguments made by Petitioner in his Objection to the Memorandum and Recommendation were fully considered and rejected in connection with the adoption of the Magistrate Judge's Memorandum and Recommendation. Accordingly, it is

ORDERED that Petitioner's Motion for Reconsideration (Document No. 23) is DENIED.

The Clerk will enter this Order and send copies to all parties of record.

Signed at Houston, Texas this 13TH day of August, 2007.

_____
EWING WERLEIN, JR.
UNITED STATES DISTRICT JUDGE